BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MATTHEW MORRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VINCENT ZITO,<br><br>Defendant. | CASE NO.  2:11-CR-00429 KJM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date: January 9, 2013<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

The parties request that the sentencing hearing set for Wednesday, January 9, 2013, at 9:00 a.m.[1], be continued to Tuesday, June 25, 2013, at 9:45 a.m.  The defendant has pleaded guilty and is cooperating with the United States in its ongoing investigation and prosecution of this case.  The continuance is necessary in order to allow the defendant to continue his cooperation, and for the United States to be able to provide a reasoned sentencing recommendation based upon all of the relevant factors in this case, including the defendant's cooperation.

---

[1] This matter was originally set on Judge Mueller's calendar.  Pursuant to the Court's order, see C.R. 79, the case was been reassigned and all previously scheduled dates vacated.

In addition, a presentence report has not yet been completed by the United States Probation Office.

IT IS SO STIPULATED.

DATED: January 4, 2013          Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                        By:     */s/ Kyle Reardon*
                                KYLE REARDON
                                MATTHEW MORRIS
                                Assistant U.S. Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

DATED: January 4, 2013          */s/ Kyle Reardon for*
                                JIM HENDERSON, Sr.
                                Attorney for Defendant

Stipulation and Proposed Order
United States v. Zito
2:11-0429 KJM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 KJM |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING |
| ANTHONY VINCENT ZITO, | |
| Defendant. | Date: January 9, 2013<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

For the reasons stated in the parties' stipulation and proposed order, the request to continue the sentencing hearing set for January 9, 2013, until June 25, 2013, is granted.

IT IS SO ORDERED.

DATED: 1/7/2013

<u>JOHN A. MENDEZ</u>
**United States District Court Judge**