BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MATTHEW MORRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| ANTHONY VINCENT ZITO, | Date: June 25, 2013 |
| Defendant. | Time: 9:45 a.m. |
| | Court: Hon. John A. Mendez |

The parties request that the sentencing hearing set for Tuesday, June 25, 2013, at 9:00 a.m., be continued to Tuesday, December 3, 2013, at 9:45 a.m.  The defendant has pleaded guilty and is cooperating with the United States in its ongoing investigation and prosecution of this case.  The continuance is necessary in order to allow the defendant to continue his cooperation, and for the United States to be able to provide a reasoned sentencing recommendation based upon all of the relevant factors in this case, including the defendant's cooperation.

///

///

///

///

In addition, a presentence report has not yet been completed by the United States Probation Office.

IT IS SO STIPULATED.

DATED: June 14, 2013                    Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Kyle Reardon*
KYLE REARDON
MATTHEW MORRIS
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: June 14, 2013                    */s/ Kyle Reardon for*
JIM HENDERSON, Sr.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY VINCENT ZITO,<br><br>　　　　Defendant. | CASE NO. 2:11-CR-00429 KJM<br><br>**ORDER CONTINUING SENTENCING**<br><br>Date: June 25, 2013<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

　　　For the reasons stated in the parties' stipulation and proposed order, the request to continue the sentencing hearing set for June 25, 2013, until December 3, 2013, is granted.

　　　IT IS SO ORDERED.

DATED: 6/14/2013

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　United States District Court Judge