1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   MICHELE BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   (916) 554-2700
5  (916) 554-2900 FAX

6  Attorneys for Plaintiff
   United States of America
7



FILED
JUN 0 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            )   CASE NO. 2:11-CR-00429 KJM
                                        )
12              Plaintiff,              )
                                        )
13     v.                               )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING SENTENCING
14 ANTHONY VINCENT ZITO,                )
                                        )   Date: June 3, 2014
15              Defendant.              )   Time: 9:45 a.m.
                                        )   Court: Hon. John A. Mendez
16 _____)

17

18       The parties request that the sentencing hearing set for Tuesday, June 3, 2014, at
19 9:00 a.m., be continued to Tuesday, October 21, 2014, at 9:45 a.m. The defendant has
20 pleaded guilty and is cooperating with the United States in its ongoing investigation and
21 prosecution of this case. The continuance is necessary in order to allow the defendant to
22 continue his cooperation, and for the United States to be able to provide a reasoned
23 sentencing recommendation based upon all of the relevant factors in this case, including
24 the defendant's cooperation.
25 ///
26 ///
27 ///
28 ///

1 | In addition, a presentence report has not yet been completed by the United States
2 | Probation Office.
3 | IT IS SO STIPULATED.
4 | DATED: May 28, 2014                    Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Kyle Reardon*
KYLE REARDON
MIHELE BECKWITH
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: May 28, 2014                    */s/ Kyle Reardon for*
JIM HENDERSON, Sr.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VINCENT ZITO,<br><br>Defendant. | CASE NO. 2:11-CR-00429 KJM<br><br>**ORDER CONTINUING SENTENCING**<br><br>Date: June 3, 2014<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

For the reasons stated in the parties' stipulation and proposed order, the request to continue the sentencing hearing set for June 3, 2014, until October 21, 2014, is granted.

IT IS SO ORDERED.

DATED: June 2, 2014

JOHN A. MENDEZ
United States District Judge