1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:11-CR-429 JAM
12 |                      Plaintiff,  | STIPULATION AND ORDER FOR
   |                                  | CONTINUATION OF THE JUDGMENT AND
13 |           v.                     | SENTENCING FOR ANTHONY VINCENT ZITO
14 | ANTHONY VINCENT ZITO,            | DATE: October 21, 2014
   |                                  | TIME: 9:30 a.m.
15 |                      Defendant.  | COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate to a continuance of the date for judgment and

20 sentencing for Anthony Vincent Zito, and request that the Court grant such continuance.

21      Mr. Zito has not yet been interviewed by the Probation Department, and additional time is

22 needed for such interview and the preparation of a presentence investigation report. In light of this need,

23 and the need for additional time to finalize such report following any objections from the parties, as well

24 as defense counsel's schedule during the upcoming holidays, the parties ask the Court to continue the

25 date for judgment and sentencing to February 10, 2015 at 9:30 a.m.

26 ///

27 ///

28 ///

                                          1

Dated: October 9, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated: October 9, 2014

/s/ *Michele Beckwith for*
JIM HENDERSON, SR.
Counsel for Defendant
ANTHONY VINCENT ZITO

## FINDINGS AND ORDER

For the reasons set forth in the parties' stipulation, the request to continue the sentencing hearing currently set for October 21, 2014 to February 10, 2015 at 9:30 a.m., is hereby granted.

SO ORDERED this 9th day of October, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE